■ LOURDES RUIZ, Respondent, v NEW YORK CITY TRANSIT AUTHORITY et al., Appellants. [843 NYS2d 40]—

Judgment, Supreme Court, Bronx County (Edgar G. Walker, J.), entered July 6, 2006, which, upon a jury verdict in plaintiff's favor, awarded $350,000 for past pain and suffering and $750,000 for future pain and suffering over a period of 34 years,

plus interest, costs and disbursements, unanimously modified, on the facts, to the extent of vacating the jury's award for past and future pain and suffering and remanding the matter for a new trial solely on the issue of such damages and otherwise affirmed, without costs, unless plaintiff, within 30 days of service of a copy of this order with notice of entry, stipulates to a reduction of the award for past pain and suffering to $100,000 and for future pain and suffering to $200,000, and to entry of an amended judgment in accordance therewith.

Plaintiff, a passenger on a bus owned and/or operated by defendants, was injured when the driver brought the vehicle to a sudden stop, causing her to fall to the floor. She underwent surgery for a fractured right ankle, involving open reduction and internal fixation with a plate and screws, and remained in the hospital for a week. The $1.1 million award deviates materially from reasonable compensation for this injury to the extent indicated (*see* CPLR 5501 [c]). The 46-year-old plaintiff experienced an uncomplicated recovery, with few limitations other than inability to walk for long periods of time and some occasional pain that she treats with over-the-counter medication (*see e.g. Uriondo v Timberline Camplands, Inc.*, 19 AD3d 282 [2005], *lv denied* 6 NY3d 704 [2006]; *Clark v N-H Farms, Inc.*, 15 AD3d 605 [2005]). Concur—Andrias, J.P., Sullivan, Catterson, McGuire and Malone, JJ.